AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern    District of    Mississippi

UNITED STATES OF AMERICA

V.

JEFFREY ROGERS

**WARRANT FOR ARREST**

Case Number: 3:08CR089

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JEFFREY ROGERS
                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

DEPRIVATION OF RIGHTS; FALSIFICATION OF RECORDS

in violation of Title    18    United States Code, Section(s)    242, 1519

| David Crews | by /s/ S. Adams | Deputy Clerk |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| Clerk of Court | 8/4/2008 | Oxford, Mississippi |
| Title of Issuing Officer | Date | Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |