IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FILED**

FEB 04 2009

DAVID CREWS, CLERK
By _____ Deputy

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:08-CR-089

JEFFREY ROGERS

## WAIVER OF INDICTMENT

I, JEFFREY ROGERS, who is accused of violation of civil rights under color of law, in violation of Title 18, United States Code, Section 242, being advised of the nature of the charge, the proposed Criminal Information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by Criminal Information rather than by indictment.

_____
Jeffrey Rogers
Defendant

_____
Christi Rena McCoy
Counsel for Defendant

Date: 4 February '09

Before: _____
The Honorable Michael P. Mills
United States District Court Judge