FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FEB 04 2009

DAVID CREWS, CLERK
By_Wilkerson
Deputy

UNITED STATES OF AMERICA

V.                                           CRIMINAL NO. 3:08-CR-089

JEFFREY ROGERS

## INFORMATION

The United States Attorney Charges:

### COUNT 1
### 18 U.S.C. § 242
### Deprivation of Rights Under Color of Law

On or about June 9, 2007, in Ripley, Tippah County, Mississippi, in the Northern District of Mississippi, defendant **JEFFREY ROGERS,** while acting under, color of law, and while aided and abetted by co-defendant William Rogers, assaulted J.H. by tasering him repeatedly without justification and thereby willfully deprived him of a right secured and protected by the Constitution and laws of the United States, specifically, the right not to be deprived of liberty without due process of law, which includes the right to be free from excessive force by a sheriff's deputy.

All in violation of Title 18, United States Code, section 242.

Respectfully submitted,

JIM M. GREENLEE
United States Attorney

LORETTA KING
Acting Assistant Attorney General

1

Civil Rights Division
U.S. Department of Justice

*/s/ Kathleen J. Monaghan*
Kathleen J. Monaghan
Michael J. Frank
Trial Attorneys
Civil Rights Division
U.S. Department of Justice