RECEIVED

FEB 0 4 2009

UNITED STATES DISTRICT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:08CR089 |
| ) | |
| ) | 18 U.S.C. § 242 |
| JEFFREY ROGERS ) | |
| ) | |

## PENALTIES

### COUNT ONE

NM than 1 year imprisonment - (18 U.S.C. § 242); fine of NM $100,000 - (18 U.S.C. § 3571(b)(3)); NM 1 year supervised release - (18 U.S.C. § 3583(b)(2)); and a $25 mandatory special assessment - (18 U.S.C. § 3013(a)(2)(A)).