# United States District Court
## NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v. *EXHIBIT LIST* (Sentencing Hearing)

JEFFREY ROGERS   CAUSE NUMBER: 3:08cr89

| Presiding Judge: Michael P. Mills | Attorneys for the Government: Kathleen Monaghan | | | Attorney for Defendant: Christi McCoy | |
|---|---|---|---|---|---|
| HEARING DATE: 4/30/09 | Court Reporter: Rita Sisk | | | Courtroom Deputy: Sallie Wilkerson | |
| Pl. | Dft. | Date offered | m | a | Description of Exhibits |
|  | 1 | 4/30/09 | X | X | Certificate of Training - Jeffrey Rogers, 10/14/2006 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |